UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| THOMAS R. RAMOS, | § | |
| --- | --- | --- |
| Petitioner, | § § | |
| VS. | § | CIVIL ACTION NO. C-10-273 |
| RICK THALER, | § § | |
| Respondent. | § § § | |

**ORDER ADOPTING MEMORANDUM AND**
**RECOMMENDATION TO DENY**
**PETITIONER'S MOTION FOR DEFAULT JUDGMENT**

On October 25, 2010, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that petitioner's motion for entry of default (D.E. 10) be denied. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that petitioner's motion for entry of default is denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 17th day of November, 2010.

_____
Janis Graham Jack
United States District Judge

1 / 1